```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF TEXAS
                     FORT WORTH DIVISION
```

RAMELLI WASTE, LLC and             §
JACKSON/RAMELLI, LLC               §
                                   §
VS.                                §       ACTION NO. 4:15-CV-129-Y
                                   §
HALLMARK SPECIALTY INSURANCE       §
COMPANY, ET AL.                    §

## FINAL JUDGMENT

In accordance with the Joint Stipulation of Dismissal With Prejudice filed on June 27, 2016, and Federal Rule of Civil Procedure 58, all claims are hereby DISMISSED WITH PREJUDICE to their refiling. All costs of Court under 28 U.S.C. § 1920 shall be borne, as agreed by the parties, by the party incurring same.

SIGNED July 19, 2016.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE